C. C. CREACH ET AL V. STATE.

No. 24153. November 17, 1948.
Appellant's Motion for Rehearing Denied (Without Written
Opinion) January 12, 1949.

Hon. O. L. Parish, Judge Presiding.

*Wm. E. Davenport*, of San Angelo, for appellant.

*Ernest S. Goens*, State's Attorney, of Austin, for the State.

KRUEGER, Judge.

This case is governed by the opinion in Cause No. 24,154, Mel Taylor, et al, v. State, this day delivered. (Page 625 of this volume.)

For the reasons there assigned, the appeal is dismissed.

Opinion approved by the Court.